■ UNITED STATES AVIATION UNDERWRITERS v UNITED STATES FIRE INSURANCE COMPANY.—Reargument denied; leave to appeal to Court of Appeals granted, as indicated. Concur—Murphy, P. J., Kupferman, Sullivan, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v ROBERT HOWE, Also Known as JOHN LEE SMITH.—Coram nobis application and other relief denied, as indicated. (See, People v De La Hoz, 131 AD2d 154.) Concur—Murphy, P. J., Sandler, Carro, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v FELIX ECHEVARIA.—Coram nobis application and other relief denied, as indicated. (See, People v De La Hoz, 131 AD2d 154.) Concur—Murphy, P. J., Kupferman, Ross and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v KEITH TYLER. —Coram nobis application and other relief denied, as indicated. (See, People v De La Hoz, 131 AD2d 154.) Concur—Kupferman, J. P., Ross, Asch and Rosenberger, JJ.